# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>  Plaintiff,<br><br>v.<br><br>VICTORIA DE MARIA, individually and as trustee of The Victoria De Maria Declaration of Trust date February 7, 2001; et al.,<br><br>  Defendants. | Case No.: 19-CV-1619 W (KSC)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE [DOC. 14]** |

Pending before the Court is a joint motion to dismiss this case with prejudice. Good cause appearing, the Court **GRANTS** the joint motion [Doc. 14] and **ORDERS** the case **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: January 23, 2020

_____
Hon. Thomas J. Whelan
United States District Judge

1

19-CV-1619 W (KSC)